**JOHN D. FEENEY, ESQ. (SBN 84373)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:      (916) 789-6400
Direct:        (916) 789-6231
Facsimile:   (916) 789-6227
E-Mail:  jdfeeney@up.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE M. STEFFEN,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, BRIAN L. KLINE and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 2:15-CV-01025-TLN-KJN<br><br>**STIPULATION OF THE PARTIES TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES;**<br>**ORDER** |

**STIPULATION OF THE PARTIES TO MODIFY THE PRETRIAL**

**SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES**

Pursuant to Rules 16(b) (4) and 29 of the Federal Rules of Civil Procedure, Defendants UNION PACIFIC RAILROAD COMPANY and BRIAN L. KLINE and Plaintiff KATIE M. STEFFEN, by and through their attorneys of record, subject to the approval of the Court and good cause present, hereby stipulate to modify the Pretrial Scheduling Order dated July 22, 2015, and extend the time for discovery deadlines previously set in this matter.

///

///

1  The parties submit that there is good cause for the proposed modification of
2  this Court's Pretrial Scheduling order for the following reasons:  While this lawsuit
3  revolves around a relatively simple set of facts – a two car collision on I-80 on
4  September 3, 2015 – based upon a review of medical records subpoenaed to date,
5  plaintiff is not currently medically stable and continues to treat with a variety of
6  medical practitioners for myriad injuries, resulting primarily from a head injury
7  (skull fracture).  The parties understand that the basic diagnosis is traumatic brain
8  injury, resulting in cognitive disabilities, including memory loss.  While the
9  defendants have been diligent in collecting medical records, depositions of the
10  plaintiff and her treaters at this point are premature.  Defendants have postponed
11  the depositions for a time when when plaintiff has medically plateaued.  While the
12  parties' understanding is that the prognosis is guarded, both sides agree that
13  additional time is warranted to make the depositions meaningful.  Both sides desire
14  to avoid duplicative depositions of treaters, as well as the plaintiff.

15  THEREFORE, THE PARTIES STIPULATE AND AGREE AND RESPECTFULLY
16  REQUEST the following modifications to the scheduling order:

17  The date for completion of discovery, with the exception of expert discovery, is
18  currently scheduled for June 30, 2016.  The parties request an extension of this
19  deadline to September 30, 2016.

20  The expert disclosure deadline is currently scheduled for August 25, 2016.
21  The parties request an extension of this deadline to November 28, 2016.

22  The exchange of lists of rebuttal expert witnesses is currently scheduled for
23  20 days after August 26, 2016 – or September 14, 2016.  The parties request an
24  extension of this deadline to 20 days following the proposed new deadline of
25  November 28, 2016 for expert disclosure- or December 15, 2016.

26  Counsel was instructed to complete all discovery of expert witnesses in a
27  timely manner in order to comply with the Court's deadline for filing dispositive
28  motions.  As a dispositive motion is not appropriate in this case, the parties request

STIPULATION OF THE PARTIES TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES; ORDER

1  an extension of the expert witness discovery completion date for 75 days after the
2  rebuttal disclosure – or February 28, 2017.
3      All other dates will remain the same as provided for in the July 22, 2015
4  Pretrial Scheduling Order.
5      **IT IS HEREBY STIPULATED.**

7  Dated:   3/17/16            DREYER BABICH BUCCOLA WOOD &
8                              CAMPORA, LLP

10                             By:      /s/
                                ROBERT BUCCOLA
11                                  State Bar No.112880
                                    Attorneys for Plaintiff KATIE STEFFEN

13  Dated:   3/18/16            UNION PACIFIC RAILROAD COMPANY

15                             By:      /s/
                                JOHN D. FEENEY
16                                  State Bar No. 84373
                                    Attorney for Defendant
17                                  UNION PACIFIC RAILROAD COMPANY

18  **IT IS SO ORDERED:**

20  Dated: March 23, 2016

                                Troy L. Nunley
                                United States District Judge

- 3 -
STIPULATION OF THE PARTIES TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES; ORDER