Jennifer K. Stinnett, Esq. (SBN 228209)
Marysia S. Okreglak, Esq.  (SBN 1991348)
CHRISTENSEN EHRET LLP
2485 Natomas Park Drive, Suite 315
Sacramento, CA 95833
Tel.:  (916) 443-6909 / Fax: (916) 313-0645
jstinnett@christensenlaw.com
mokreglak@christensenlaw.com

Attorneys for Defendant
MAY-HAN ELECTRIC dba M&M ELECTRIC
erroneously sued as M&M ELECTRIC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE M. STEFFEN, | Case No.: 2:15-CV-01025-TLN-KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MAY HAN ELECTRIC dba M&M ELECTRIC TO RESPOND TO FIRST AMENDED COMPLAINT** |
| UNION PACFIC RAILROAD COMPANY, a Delaware Corporation, BRIAN L. KLINE, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | *First Amended Complaint Filed: January 6, 2017* |

Pursuant to Local Rule 144 of the United States District Court, Eastern District, all parties hereby stipulate and request that the Court enter an order extending the time for Defendant MAY HAN ELECTRIC dba M&M ELECTRIC erroneously sued as M&M ELECTRIC ("Defendant") to file an answer or other responsive pleading by approximately twenty (20) days.

1. On or about January 6, 2017, Plaintiff KATIE M. STEFFEN ("Plaintiff") filed a First Amended Complaint, adding two Doe defendants including this Defendant.

2. An executed Summons indicates this Defendant was served on January 18, 2017.

3. Counsel for Defendant was retained only days before a responsive pleading was due and has not had an opportunity to review the file and prepare a responsive pleading.

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MAY HAN ELECTRIC dba M&M ELECTRIC TO RESPOND TO FIRST AMENDED COMPLAINT**

4. In order to allow Defendant sufficient time to prepare a responsive pleading, counsel for Defendant and the parties hereby agree to extend the time for Defendant to file an answer or other responsive pleading to **February 28, 2017**.

5. Therefore, the parties respectfully request that the Court so order.

This Stipulation can be executed in counterparts and copies of signatures will be treated as originals.

**IT IS SO STIPULATED**.

DATED: February 7, 2017     DREYER BABICH BUCCOLAR WOOD, et al.

By: /s/
HANK G. GREENBLATT, Esq.
Attorneys for Plaintiff
KATIE M. STEFFEN

DATED: February 7, 2017     CHRISTENSEN EHRET LLP

By: /s/
JENNIFER K. STINNETT, Esq.
MARYSIA S. OKREGLAK, Esq.
Attorneys for Defendant
MAY HAN ELECTRIC dba M&M ELECTRIC
erroneously sued as M&M ELECTRIC

DATED: February 7, 2017     UNION PACIFIC RAILROAD LAW DEPT.

By: /s/
JOHN DANIEL FEENEY, Esq.
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MAY HAN ELECTRIC dba M&M ELECTRIC TO RESPOND TO FIRST AMENDED COMPLAINT**

# ORDER

Pursuant to the Stipulation of all parties and good cause shown, Defendant MAY HAN ELECTRIC dba M&M ELECTRIC erroneously sued as M&M ELECTRIC's deadline to respond to Plaintiff's First Amended Complaint is February 28, 2017.

**IT IS SO ORDERED**.

DATED: _ February 8, 2017

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MAY HAN ELECTRIC dba M&M ELECTRIC TO RESPOND TO FIRST AMENDED COMPLAINT**