ROBERT A. BUCCOLA, ESQ. / SBN: 112880
HANK G. GREENBLATT, ESQ. / SBN: 143415
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE M. STEFFEN, | Case No.: 2:15-CV-01025-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, BRIAN L. KLINE, PACIFIC EXCAVATION, INC., AMERON POLE PRODUCTS LLC, | |
| Defendants. | |

Plaintiff, KATIE M. STEFFEN, and defendants UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, and BRIAN L. KLINE, submit the following Joint Stipulation and request that the Court grant plaintiff leave to add AMERON POLE PRODUCTS LLC to this action and file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1.  Plaintiff filed her complaint on April 7, 2016 in Yolo County Superior Court;

2.  On May 11, 2015, defendants removed plaintiff's complaint to the Eastern District of California;

3.  On May 11, 2015, defendants filed and served their answer to plaintiff's complaint;

4.  While in the course of taking depositions and other discovery, Union Pacific has developed a new defense, that another entity may be liable to the Plaintiff, based on what is now believed to be a potentially faulty installation and/or design of a breakaway light pole that

-1-
**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff's vehicle struck at the time of the accident. Since this discovery, Plaintiff has been determining the correct and responsible parties.

5. On January 6, 2017, Plaintiff filed her First Amended Complaint.

6. The parties have met and conferred regarding the addition of defendants in plaintiff's proposed Second Amended Complaint and Defendants have agreed to Plaintiff's request for this stipulation.

NOW, THEREFORE, the parties hereby stipulate and request that the Court grant plaintiff leave to file a Second Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

**IT IS SO STIPULATED.**

DATED:    **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/ Robert A. Buccola
ROBERT A. BUCCOLA
Attorney of Plaintiff

DATED:    **UNION PACIFIC RAILROAD COMPANY LAW DEPARTMENT**

By: /s/ John D. Feeney
JOHN D. FEENEY
Attorney for Defendants

DATED:    **CHRISTENSEN EHRET LLP**

By: /s/ Marysia S. Okreglak
JENNIFER K. STINNETT
MARYSIA S. OKREGLAK
Attorney for Defendants

-2-
**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted leave to file the Second Amended Complaint, which is to be filed with the Court within ten (10) days of this signed Order.

Dated: March 7, 2017

_____
Troy L. Nunley
United States District Judge