ROBERT A. BUCCOLA, ESQ. / SBN: 112880
HANK G. GREENBLATT, ESQ. / SBN: 143415
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE M. STEFFEN, | Case No.: 2:15-CV-01025-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND CASE TO YOLO COUNTY SUPERIOR COURT** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, BRIAN L. KLINE, PACIFIC EXCAVATION, INC., AMERON POLE PRODUCTS LLC, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Given the recent addition of PACIFIC EXCAVATION, INC., a California corporation, (Answer of PACIFIC EXCAVATION, INC., Document 28) the parties hereby stipulate and contend that Federal Court diversity is hereby defeated, and the parties stipulate to remand to Yolo County Superior Court, following the original removal pursuant to 28 U.S.C. § 1441 (B) by Defendants UNION PACIFIC RAILROAD COMPANY. The parties hereby stipulate and request that the Yolo County Superior Court restore this action, Superior Court Case No. PM15-500 to the active civil list following remand based upon lack of diversity.

/ / /

/ / /

/ / /

---
-1-
STIPULATION AND ORDER TO REMAND CASE TO YOLO COUNTY SUPERIOR COURT

IT IS SO STIPULATED.

DATED: **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/ Hank G. Greenblatt
HANK G. GREENBLATT
Attorney of Plaintiff

DATED: **UNION PACIFIC RAILROAD COMPANY LAW DEPARTMENT**

By: /s/ John D. Feeney
JOHN D. FEENEY
Attorney for Defendants

DATED: **CHRISTENSEN EHRET LLP**

By: /s/ Marysia S. Okreglak
JENNIFER K. STINNETT
MARYSIA S. OKREGLAK
Attorney for Defendants

DATED: **ADELSON TESTAN BRUNDO NOVELL & JIMENEZ**

By: /s/ Michael D. McLean
MICHAEL D. McLEAN
MICHAEL J. FABREGA
Attorney for Defendants

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that this case is remanded to Yolo County Superior Court, Case No. PM15-500.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge

-2-
STIPULATION AND ORDER TO REMAND CASE TO YOLO COUNTY SUPERIOR COURT